UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY ANNE GEMMA, INDIVIDUALLY AND AS DOMICILIARY FOREIGN PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN GEMMA,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

**The Parties**

1. The plaintiff, Mary Anne Gemma, resides at 1237 Wordens Pond Road, Charlestown, County of Washington, State of Rhode Island, and is the duly appointed Domiciliary Foreign Personal Representative of the Estate of John Gemma, in the Commonwealth of Massachusetts.

2. The defendant, United States, is a governmental entity duly organized under law.

**Jurisdiction and Claim**

3. This is a civil action against defendant United States of America for money damages for personal injury and wrongful death for which this Court has jurisdiction pursuant to 28 U.S.C. § 1346(b).

4. On or about April 17, 2017 and at all material times, Brian Whang, M.D. was an employee of the Government within the meaning of 28 U.S.C. §§ 2671 and 1345(b).

5. On or about April 17, 2017, Brian Whang, M.D., an employee of the United States Department of Veteran's Affairs, undertook to care for and treat the plaintiff's decedent, John Gemma, by providing medical care and treatment at the VA Medical Center in West Roxbury, Massachusetts; specifically, a surgical procedure consisting of flexible bronchoscopy, upper endoscopy, minimally invasive Ivor-Lewis esophagectomy, and laparscopic placement of a jejunostomy tube. In doing so, the Dr. Whang owed the plaintiff's decedent a duty of using due care and skill.

6. In violation of the duty of care and skill owed to the plaintiff's decedent, John Gemma, the defendant's servants, agents and/or employees for which they were legally responsible so negligently cared for and treated the plaintiff's decedent, causing intra-abdominal injuries resulting in sepsis in the decedent, John Gemma, resulting in his death on May 18, 2017.

7. On September 26, 2018, the plaintiff, Mary Anne Gemma, made a written demand for relief in accordance with the provisions of 28 U.S.C. § 2401(b) and 28 C.F.R. § 14.2 to the defendant, United States, by serving the demand upon the office of the Office of Chief Counsel for the Department of Veterans Affairs.

8. On October 22, 2019, United States Department of Veteran's Affairs responded to the September 26, 2018 demand, concluding that "there was no negligent or wrongful act on the part of any employee of the Department of the Veterans Affairs

(VA) acting within the scope of employment that caused compensable personal harm to the deceased veteran related to the provided care", therefore denying the tort claim.

9. As of January 31, 2019, the defendant, United States, has not reached final arbitration, settlement, compromise and/or disposition of the plaintiffs' claims as required by 28 U.S.C. §§ 2401(b) and 2675(a) and 28 C.F.R. § 14.2.

## **Causes of Action**

(Each Cause of Action Specifically Incorporates by Reference All of Those Paragraphs Previously Set Forth)

First Cause of Action

7. This is an action by the plaintiff, Mary Anne Gemma, Individually, against the defendant, United States, for negligence resulting in loss of consortium.

Second Cause of Action

8. This is an action by the plaintiff, Mary Anne Gemma as Domiciliary Foreign Personal Representative of the Estate of John Gemma, against the defendant, United States, for negligence for the damages suffered by the plaintiff's decedent, John Gemma, prior to his death, including conscious pain and suffering.

Third Cause of Action

9. This is an action by the plaintiff, Mary Anne Gemma as Domiciliary Foreign Personal Representative of the Estate of John Gemma, for negligence in causing the death of plaintiff's decedent, John Gemma, in accordance with the provisions of Massachusetts General Laws, Chapter 229, as amended and applicable at the time material herein.

**Demand for Relief**

10. The plaintiff, Mary Anne Gemma, Individually and as Domiciliary Foreign Personal Representative of the Estate of John Gemma, demands judgment against the defendant, United States of America, as to the First, Second, and Third Causes of Action, in an amount not less than $10,000,000.

**Jury Claim**

11. To the extent permitted by law, the plaintiff, Mary Anne Gemma, Individually and as Domiciliary Foreign Personal Representative of the Estate of John Gemma, demands a trial by jury.

PLAINTIFFS,

By their Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Date: January 31, 2020

/s/ Neil Sugarman
Neil Sugarman, Esq. – BBO# 484340
nsugarman@sugarman.com
Stacey L. Pietrowicz, Esq. – BBO# 672395
spietrowicz@sugarman.com
William L. Walsh, Esq. – BBO# 704039
wwalsh@sugarman.com
The Prudential Tower
800 Boylston Street, 30th Floor
Boston, MA  02199
(617) 542-1000